# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL CASE NO. 1:12cv273

| | | |
|---|---|---|
| **BRYAN HEMPHILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 12].

Plaintiff's counsel concedes in the motion that this matter cannot be further prosecuted in good faith. Counsel for the Defendant consents to dismissal. The Court will therefore grant the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure [Doc. 12] is hereby **GRANTED** and this action is hereby **DISMISSED.**

Signed: March 5, 2013

Martin Reidinger
United States District Judge